UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:20-cv-02839-PAB-KLM

LORI MANN, Individually and On Behalf of
All Others Similarly Situated,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

## JOINT STATUS REPORT

Plaintiff Lori Mann and Defendant Continental Casualty Company file this Joint Status Report. The Parties respectfully submit the following:

1. Plaintiff filed her Original Collective and Class Action Complaint and Jury Demand on September 18, 2020. (Doc. 1). Plaintiff filed an amended complaint on December 4, 2021. (Doc. 25). In the operative complaint, Plaintiff alleges violations of the Fair Labor Standard Act ("FLSA") and the Colorado Wage Claim Act. Plaintiff now agrees and stipulates that she is only pursuing claims under the FLSA and is no longer pursuing claims under the Colorado Wage Claim Act.

2. On July 15, 2021 the Parties reached an amicable settlement of this matter and filed a Notice of Settlement with the Court.

3. Since the settlement, Counsel for Defendant has drafted a proposed settlement agreement and sent it to counsel for Plaintiff to review. Counsel for Plaintiff has reviewed the proposed settlement language and returned it to Counsel for Defendant with proposed changes.

4. The Parties have agreed to a Joint Stipulation of Dismissal with Prejudice which will be filed as soon as the settlement agreement is signed by both Parties. The Parties anticipate that this will occur by Tuesday, September 7, 2021.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| HODGES & FOTY, L.L.P. | SEYFARTH SHAW LLP |
| By: /s/ *Jerry W. Mason* | By: */s John P. Philips* |
| Don J. Foty | Linda C. Schoonmaker |
| Texas State Bar No. 24050022 | Texas Bar No. 17806300 |
| (Admitted before U.S. District Court of Colorado) | (Admitted before the U.S. District Court of Colorado) |
| Jerry W. Mason | John P. Phillips |
| Texas State Bar No. 24081794 | Texas Bar No. 24083659 |
| (Admitted before U.S. District Court of Colorado) | (Admitted before the U.S. District Court of Colorado) |
| 4409 Montrose Blvd., Suite 200 | 700 Milam Street, Suite 1400 |
| Houston, Texas 77006 | Houston, Texas 77002 |
| (713) 523-0001 – Telephone | (713) 225-2300 – Telephone |
| (713) 523-1116 – Facsimile | (713) 225-2340 – Facsimile |
| dfoty@hftrialfirm.com | lschoonmaker@seyfarth.com |
| jmason@hftrialfirm.com | jphillips@seyfarth.com |
| ATTORNEYS FOR PLAINTIFF LORRI MANN | ATTORNEYS FOR DEFENDANT CONTINENTAL CASUALTY COMPANY |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021, a true and correct copy of the foregoing instrument was served on all counsel of record via the Court's electronic filing system.

By: /s/ *Jerry W. Mason*
Jerry W. Mason