# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CIVIL NO. 1:20-cv-02839-KLM

LORRI MANN, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

V.

CONTINENTAL CASUALTY COMPANY,

Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Lorri Mann and Defendant Continental Casualty Company hereby file this Joint Stipulation of Dismissal with Prejudice.

Under the terms of this stipulation, the Parties have agreed to a dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs of the court.

Dated: September 7, 2021.

| | |
|---|---|
| By: */s/ Don J. Foty* <br> Don J. Foty <br> Texas State Bar No. 24050022 <br> (Admitted before the U.S. District Court of Colorado) <br> Jerry W. Mason <br> Texas State Bar No. 24081794 <br> (Admitted before the U.S. District Court of Colorado) <br> 4409 Montrose Blvd., Suite 200 <br> Houston, Texas 77006 <br> Phone: (713) 523-0001 <br> Facsimile: (713) 523-1116 <br> Dfoty@hftrialfirm.com <br> jmason@hftrialfirm.com | By: */s/ John P. Philips* <br> Linda C. Schoonmaker <br> Texas State Bar No. 17806300 <br> (Admitted before the U.S. District Court of Colorado) <br> John P. Philips <br> Texas State Bar No. 24083659 <br> (Admitted before the U.S. District Court of Colorado) <br> 700 Milam Street, Suite 1400 <br> Houston, Texas 77002 <br> Phone: (713) 225-2300 <br> Facsimile: (713) 225-2340 <br> lschoonmaker@seyfarth.com <br> jphilips@seyfarth.com |

| ATTORNEYS FOR PLAINTIFF LORRI MANN | ATTORNEYS FOR DEFENDANT CONTINENTAL CASUALTY COMPANY |

### CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, the foregoing instrument was served on all parties of record via the Court's electronic filing system CM/ECF.

/s/ *Don J. Foty*
Don J. Foty