IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02839-PAB-KLM

LORI MANN, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the Joint Stipulation of Dismissal With Prejudice [Docket No. 46]. The stipulation states that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of the action with prejudice. *Id*. Plaintiff brought claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. and the Colorado Wage Claim Act ("CWCA"), C.R.S. § 8-4-101, *et seq.* Docket No. 25 at 10-12.

    The settlement agreement does not purport to resolve any claims on behalf of any class or collective, the Court has not certified a class or collective action, and there are no obvious defects from the stipulation of dismissal. *See* Docket No. 46. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), which provides that the "plaintiff may dismiss an action *without a court order* by filing: . . . a stipulation of dismissal signed by all parties who have appeared." (emphasis added).[1] Furthermore, "[u]*nless the notice or stipulation states otherwise*, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B) (emphasis added). Here, however, the parties have agreed to the dismissal of this action with prejudice. Therefore, the case was dismissed with prejudice as of the entry of the parties' joint stipulation for dismissal with

---

[1] Plaintiff originally named CNA Financial Corporation as the defendant, but the Court granted plaintiff's unopposed motion to file an amended complaint to substitute Continental Casualty Company as the correct legal entity. *See* Docket No. 10 at 1; Docket No. 22. Both CNA Financial Corporation and Continental Casualty Company are represented by the same law firm, and there is no reason to suspect that CNA Financial Corporation would object to the stipulation of dismissal.

prejudice.  No order of dismissal is necessary.

DATED September 7, 2021.